UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANNY HOSLEY,

        Plaintiff,

  v.

WACHOVIA MORTGAGE; WORLD
SAVINGS BANK, FSB; EXECUTIVE
TRUSTEE SERVICES, LLC; SMR
MORTGAGE & REAL ESTATE aka
ANDREWS INVESTORS GROUP
MORTGAGE & REAL ESTATE; CHARON
CHARMAINE PEREZ; RODNEY ANDREWS;
GLEN DUNCAN; DAVID GRODON; and
DOES 1-20 inclusive,

        Defendants.

No. 2:10-cv-00225-MCE-GGH

ORDER

----oo0oo----

    This action arises out of a mortgage loan transaction in which Plaintiff Danny Hosley ("Plaintiff") refinanced his home in 2006.  Presently before the Court is a Motion by Plaintiff to Remand this action to Superior Court, County of Sacramento.

    Plaintiff initially filed suit in Superior Court alleging claims under both state and federal laws, including a cause of action for violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2600 et seq.

1

1  Defendant Wachovia Mortgage subsequently removed the suit to
2  federal court, Eastern District of California, on the basis of
3  federal question jurisdiction.
4       On February 25, 2010 Plaintiff filed a First Amended
5  Complaint abandoning his federal claim under RESPA.  Only
6  Plaintiff's state law claims remain.  Plaintiff subsequently
7  filed this Motion for Remand, to which no Defendants have filed
8  Opposition.  Defendant Wachovia Mortgage has filed a Statement of
9  Non-Opposition to Plaintiff's Motion.
10      With only Plaintiffs' state law claims remaining, this Court
11 ceases to have subject matter jurisdiction over the suit.  The
12 Court declines to exercise pendent jurisdiction over the
13 remaining state claims.
14      Without opposition and without a basis for jurisdiction,
15 Plaintiff's Motion for Remand (Docket No. 25) is hereby GRANTED.[1]
16 The matter is hereby REMANDED to Superior Court, County of
17 Sacramento.  The Clerk is directed to close the file.
18      IT IS SO ORDERED.

Dated: July 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).